**Karim Abdul AKBAR, Plaintiff–Appellant,**

v.

**Lieutenant McKINNEY; Sergeant Rascoe; G.L. Henry, Sergeant; J. Haynes, Warden, Defendants–Appellees,**

and

**Officer Bowman, Defendant.**

No. 01–7364.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 14, 2002.

Karim Abdul Akbar, Pro Se. John Payne Scherer, II, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

PER CURIAM.

Karim Abdul Akbar appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Akbar's motion for appointment of counsel and affirm substantially on the reasoning of the district court.* *Akbar v. McKinney,* No. CA–99–496 (M.D.N.C. July 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* To the extent Akbar alleges a due process violation, we note Akbar had an adequate post-deprivation remedy. *See Hudson v.* *Palmer,* 468 U.S. 517, 104 S.Ct. 3194, 82 L.Ed.2d 393 (1984).